# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

129123 & (49)(50)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BANK ONE, NA,
        Plaintiff-Appellee,

v

TIMOTHY B. CONDIT,
        Defendant-Appellant,
and

CRAIG A. KOLMER and WILLIAM K.
NEWCOMB, JR.,
        Defendants.
_____/

SC: 129123
COA: 257626
Calhoun CC: 03-000868-CK

On order of the Court, the application for leave to appeal the May 16, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for immediate consideration and peremptory reversal are DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

t0123

Clerk